UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RACHELL LOGAN ABSTANCE, | ) | Civil Action No. 5:21-cv-04104-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 17th day of May, 2023, upon consideration of the Parties' Stipulation, ECF No. 24, it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition, ECF No. 22, is hereby withdrawn;

It is further ORDERED that Plaintiff, Rachell Logan Abstance, is awarded attorney fees in the amount of Four Thousand Seven Hundred Fifty Dollars and 00/100 Cents ($4,750.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Rachell Logan Abstance, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

May 17, 2023  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge